**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7758

RAYMOND EUGENE LEACH,

Plaintiff - Appellant,

versus

FRANKLIN FREEMAN; LYNN C. PHILLIPS; FRED R.
WRANGHAM; SUPERINTENDENT; TERESA RITCHIE; JOHN
DOE, I; JOHN DOE, II; JOHN DOE, III; JOHN DOE,
IV; SERGEANT LITTLE; OFFICER RIOPELL,

Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Salisbury. James A. Beaty, Jr.,
District Judge. (CA-95-541-4)

Submitted: November 18, 1997        Decided: July 24, 1998

Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raymond Eugene Leach, Appellant Pro Se.  Sharon Coull Wilson,
Associate Attorney General, Mark John Pletzke, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Raymond Eugene Leach appeals the order of the district court adopting the magistrate judge's recommendation and granting summary judgment for Defendants on his 42 U.S.C. § 1983 (1994) complaint. Leach alleged that: (1) a female guard violated his privacy rights by pulling off his towel after he showered, leaving him naked; (2) she and other guards assaulted him when he filed a grievance about the towel incident; and (3) the North Carolina Secretary of Corrections and the Director of Prisons both failed to respond when he asked them to investigate these incidents. We have reviewed the record and the opinion of the district court accepting the magistrate judge's recommendation and find no reversible error. Consequently, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED